| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>FILOMENA FUMIA MARINELLI | Case No.: 18-28818<br><br>Adv. No.:<br><br>Hearing Date:  06/24/2020<br><br>Judge:  SLM |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/07/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
FILOMENA FUMIA MARINELLI
852 6TH STREET
SECAUCUS, NJ  07094-3312
Mode of Service:  Regular Mail

Attorney for Debtor(s):
BARRY E LEVINE, ESQ
101 GIBRALTAR DRIVE
SUITE 2-F
MORRIS PLAINS, NJ  07950
Mode of Service:  Regular Mail

Dated:  May 07, 2020

By:   /S/ Jessica Antoine
        Jessica Antoine