UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BARRY E. LEVINE, LLC
P.O. BOX 557
DENVILLE, NEW JERSEY 07834
(973) 538-2084

| In Re: | Case No.: | 18-28818 |
|---|---|---|
| FILOMENA FUMIA MARINELLI, | Judge: | MEISEL |
| DEBTOR | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by ___CHAPTER 13 TRUSTEE___,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

    ☒ Payments have been made in the amount of $ ___$1,350.00___, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):
DEBTOR HAS BEEN FURLOUGHED FROM HER EMPLOYMENT DUE TO THE COVID-19 PANDEMIC. SHE HAS FILED AN AMENDED CHAPTER 13 PLAN TO EXTEND HER CURRENT PLAN BY TWO YEARS, AND LOWER HER MONTHLY PAYMENT, WHICH SHOULD ENABLE HER TO REMAIN IN CHAPTER 13, AND AVOID A SHERIFF'S SALE OF HER RESIDENCE.

☐ Other (explain your answer):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 06/05/2020              /s/ Filomena Fumia Marinelli
                              Debtor's Signature

Date: _____          _____
                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15