Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28818−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Filomena Fumia Marinelli
   fka Filomena Fumia
   852 6th Street
   Secaucus, NJ 07094−3312

Social Security No.:
   xxx−xx−3780

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 25, 2019.

On 6/5/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:           July 8, 2020
Time:            08:30 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 8, 2020
JAN: mff

                                                                Jeanne Naughton
                                                                Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                        Case No. 18-28818-SLM
Filomena Fumia Marinelli                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Jun 08, 2020
                               Form ID: 185             Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2020.
db             Filomena Fumia Marinelli,    852 6th Street,    Secaucus, NJ 07094-3312
cr            +THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW,    Phelan Hallinan&Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +XCEL Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,   229 Broad Street,
                Red Bank, NJ 07701-2009
517768722      Carrington Mortgage Services, LLC,    c/o KML Law Group, PC,    216 Westmont Avenue Suite 406,
                Collingswood, NJ 08108
517768723     +Derma Wand,    40 Daniel Street,    P.O. Box 406,    Farmingdale, NY 11735-0406
517768724     +Hackensack Neurology,    c/o Michael Harrison, Esq.,    3155 Route 10 East,
                Denville, NJ 07834-3492
517768725     +Juan J. Fumia,    31 Laurelton Road,    Mount Kisco, NY 10549-4217
517768726    #+Second Look, Inc.,    P.O. Box 5727,    Hauppauge, NY 11788-0154
517900277     +The Bank of New York Mellon, et al,    c/o CARRINGTON MORTGAGE SERVICES, LLC,
                1600 SOUTH DOUGLASS ROAD,    ANAHEIM, CA 92806-5948
518337757     +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                1600 South Douglas Road,    Anaheim, CA 92806-5948
517768727     +World Gym,    323 Bergen Boulevard,    Fairview, NJ 07022-1334
517768728     +Xcel Federal Credit Union,    c/o McKenna Dupont,    P.O. Box 610,    229 Broad Street,
                Red Bank, NJ 07701-2009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 09 2020 00:08:13      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 09 2020 00:08:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517824276      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 09 2020 00:16:27
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517803795      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 09 2020 00:08:26      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
517841553     +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 09 2020 00:08:26      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518337757     +E-mail/Text: BKBCNMAIL@carringtonms.com Jun 09 2020 00:07:04
                The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                1600 South Douglas Road,    Anaheim, CA 92806-5948
517900277     +E-mail/Text: BKBCNMAIL@carringtonms.com Jun 09 2020 00:07:04
                The Bank of New York Mellon, et al,    c/o CARRINGTON MORTGAGE SERVICES, LLC,
                1600 SOUTH DOUGLASS ROAD,    ANAHEIM, CA 92806-5948
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 08, 2020
                              Form ID: 185             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:

        Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6 nj.bkecf@fedphe.com
        Barry E. Levine    on behalf of Debtor Filomena Fumia Marinelli belevine@optonline.net
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Michael R. DuPont    on behalf of Creditor    XCEL Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 6