IN RE:
FILOMENA FUMIA MARINELLI

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.: 18-28818

Hearing Date: 07/08/2020

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF COVID-19 CHAPTER 13 PLAN MODIFICATION

I[We], FILOMENA FUMIA MARINELLI, am [are] the debtor [s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on 06/04/2020 AN.

1) The Chapter 13 plan was originally confirmed by order entered on 04/25/2020.

2) I was current with plan payments through 06/20 date.

3) I was current with post-petition mortgage payments through 12/19 date on realty located at 852 6TH STRE. [If not applicable, skip] [if more than 1 property add additional lines]

   a) The mortgage payments referred to above are  X  contractual payments _____ adequate protection payments. [Check one]

   b) I am current with post-petition real estate taxes on the realty located at 852 6TH STRE.
      ■ YES ☐ NO

   c) I have current liability insurance on the property and can provide proof thereof.
      ■ YES ☐ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:

   a) I am current with post-petition real estate taxes on the realty located at _____ .
      ☐ YES ☐ NO

   b) I have current liability insurance on the property and can provide proof thereof.
      ☐ YES ☐ NO

5) I was current with post-petition auto payments through _____ date on the following automobile(s) _____ _____ _____. [If not applicable, skip]

6) The change in my household income previously reported on Schedule I is 5580.00. My current household income is $ 4904 . I have attached a current paystub or proof of the change in income to this certification. [Please redact any personally identifiable information before docketing.] My current total household expenses are now $ 3689.00 .

7) As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

I lost my job as an assistant director of a day care center, and now am collecting une

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:

*[signature]*