BARRY E LEVINE, ESQ  
101 GIBRALTAR DRIVE  
SUITE 2-F  
MORRIS PLAINS, NJ  07950

Re:  FILOMENA FUMIA MARINELLI  
852 6TH STREET  
SECAUCUS,  NJ  07094-3312

Atty:  BARRY E LEVINE, ESQ  
101 GIBRALTAR DRIVE  
SUITE 2-F  
MORRIS PLAINS, NJ  07950

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 18-28818

### RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/10/2018 | $1,500.00 | 10086013 | 01/11/2019 | $1,000.00 | 23541289997 |
| 01/11/2019 | $1,000.00 | 25149047005 | 01/11/2019 | $600.00 | 25149047027 |
| 01/11/2019 | $400.00 | 25149047016 | 02/08/2019 | $42,000.00 | MASON TEN 68470 |
| 04/26/2019 | $700.00 | 25189517417 | 04/26/2019 | $1,000.00 | 25189517406 |
| 04/26/2019 | $1,000.00 | 25189517395 | 06/04/2019 | $1,000.00 | 25565584948 |
| 06/04/2019 | $350.00 | 25565584950 | 07/19/2019 | $900.00 | 26086545022 |
| 07/19/2019 | $900.00 | 26086545011 | 07/19/2019 | $900.00 | 26086545033 |
| 09/06/2019 | $350.00 | 25125457860 | 09/06/2019 | $1,000.00 | 25125457858 |
| 10/10/2019 | $1,000.00 | 25766295693 | 10/10/2019 | $350.00 | 25766295682 |
| 10/16/2019 | $350.00 | 25954738637 | 10/16/2019 | $1,000.00 | 25954738626 |
| 11/15/2019 | $1,000.00 | 19022634231 | 11/15/2019 | $1,000.00 | 19022634230 |
| 11/15/2019 | $700.00 | 19022634232 | 01/28/2020 | $350.00 | 121564318 |
| 01/28/2020 | $1,000.00 | 121564317 | 02/04/2020 | $1,000.00 | 121564408 |
| 02/04/2020 | $350.00 | 121564409 | 03/03/2020 | $350.00 | 26618878451 |
| 03/03/2020 | $1,000.00 | 26618878440 | 06/05/2020 | $1,000.00 | 26229043934 |
| 06/05/2020 | $350.00 | 26229043945 | 06/30/2020 | $859.00 | 26229046994 |
| 06/30/2020 | $859.00 | 26229047005 | 07/10/2020 | $859.00 | 25019019538 |
| 08/04/2020 | $859.00 | 26567579272 | 09/03/2020 | $859.00 | 26567583658 |
| 10/01/2020 | $859.00 | 26567585212 | 11/03/2020 | $859.00 | 26567594910 |
| 12/02/2020 | $859.00 | 26893805793 | 01/07/2021 | $859.00 | 26970094653 |
| 02/03/2021 | $859.00 | 27279481926 | 03/04/2021 | $859.00 | 27279487697 |
| 04/05/2021 | $859.00 | 26893824592 | 04/13/2021 | $859.00 | 26893818630 |
| 05/12/2021 | $859.00 | 27419176214 | 06/17/2021 | $859.00 | 27419187622 |
| 07/13/2021 | $859.00 | 27406163597 | 08/17/2021 | $859.00 | 27674351291 |
| 09/14/2021 | $859.00 | 27570831131 | 12/07/2021 | $859.00 | 27570840963 |
| 12/07/2021 | $859.00 | 27570840974 | | | |

**Total Receipts: $82,580.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $82,580.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

**Chapter 13 Case # 18-28818**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC | | | | | | |
| | 05/20/2019 | $29,705.83 | 825,414 | 05/20/2019 | $16,463.13 | 825,414 |
| | 07/15/2019 | $1,522.64 | 829,296 | 08/19/2019 | $2,592.00 | 831,257 |
| | 10/21/2019 | $1,329.75 | 835,296 | 11/18/2019 | $2,559.60 | 837,386 |
| | 12/16/2019 | $2,559.60 | 839,327 | 03/16/2020 | $2,559.60 | 844,979 |
| | 04/20/2020 | $1,279.80 | 846,929 | 07/20/2020 | $2,837.91 | 852,312 |
| | 08/17/2020 | $794.58 | 854,176 | 09/21/2020 | $1,589.16 | 855,992 |
| | 10/19/2020 | $794.58 | 857,877 | 12/21/2020 | $1,589.16 | 861,491 |
| | 02/22/2021 | $1,589.16 | 864,957 | 04/19/2021 | $794.58 | 868,491 |
| | 05/17/2021 | $1,589.16 | 870,390 | 06/21/2021 | $807.46 | 872,199 |
| | 07/19/2021 | $807.46 | 873,997 | 08/16/2021 | $807.46 | 875,678 |
| | 09/20/2021 | $807.46 | 877,409 | 10/18/2021 | $807.46 | 879,190 |
| | 01/10/2022 | $1,632.10 | 884,185 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,760.36 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CARRINGTON MORTGAGE SERVICES, LL | MORTGAGE ARRE | 65,535.59 | 100.00% | 61,356.51 | 4,179.08 |
| 0002 | DERMA WAND | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | HACKENSACK NEUROLOGY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | SECOND LOOK, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | WORLD GYM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | XCEL FEDERAL CREDIT UNION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 553.25 | 100.00% | 0.00 | 553.25 |
| 0010 | CAPITAL ONE BANK (USA) NA | UNSECURED | 443.60 | 100.00% | 0.00 | 443.60 |
| 0011 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 398.06 | 100.00% | 0.00 | 398.06 |
| 0012 | CARRINGTON MORTGAGE SERVICES, LL | (NEW) MTG Agree | 16,463.13 | 100.00% | 16,463.13 | 0.00 |

**Total Paid: $82,580.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $82,580.00    -    Paid to Claims: $77,819.64    -    Admin Costs Paid: $4,760.36    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.