UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BARRY E. LEVINE, LLC
P.O. BOX 557
DENVILLE, NEW JERSEY 07834
(973) 538-2084
ATTORNEY FOR DEBTOR

In Re:

FILOMENA FUMIA MARINELLI

Case No.: 18-28818

Judge: STACY L. MEISEL

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by ___Chapter 13 Standing Trustee___,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

I had surgery and fell behind in my payments. I am sending three payments of $859.00 to the Trustee today, which should bring the account current through March, 2022. This payment will be made shortly. (See attached) I need to keep my house, and will make sure all future payments are made timely.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 3/3/2022

/s/Filomena Fumia Marinelli
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

**Barry Levine**

From: Filomena Fumia [ffumia4965@gmail.com]
Sent: Thursday, March 03, 2022 9:00 AM
To: Barry Levine
Subject: Re: Ch-13 18-28818-SLM Certification of Default of Standing Trustee - Filomena Fumia Mar

Good Morning Barry,

I judt sent out the three Money Orders as we discussed
Please see attached

1

FLAT
ENVE
ONE RATE

To schedule f
scan t

UNITED STATES

2