UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BARRY E. LEVINE, LLC
P.O. BOX 557
DENVILLE, NEW JERSEY 07834
(973) 538-2084
ATTORNEY FOR DEBTOR

In Re:

FILOMENA FUMIA MARINELLI

| | |
|---|---|
| Case No.: | 18-28818 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | STACEY L. MEISEL |

## CERTIFICATION OF SERVICE

1. I, _____BARRY E. LEVINE_____ :

   ☒ represent _____DEBTOR_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____MARCH 3, 2022_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.
   CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____MARCH 3, 2022_____          /S/ BARRY E. LEVINE_____
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, New Jersey 07004-1550 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*