UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BARRY E. LEVINE, LLC
P.O. BOX 557
DENVILLE, NEW JERSEY 07834
(973) 538-2084
ATTORNEY FOR DEBTOR

In Re:

FILOMENA FUMIA MARINELLI

Case No.: 18-28818

Chapter: 13

Adv. No.:

Hearing Date:

Judge: STACEY L. MEISEL

## CERTIFICATION OF SERVICE

1. I, __BARRY E. LEVINE__ :

    ☒ represent __DEBTOR__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __JUNE 28, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __JUNE 28, 2022__                    /S/ BARRY E. LEVINE
                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, New Jersey 07004-1550 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*