Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST 8, 2022

#### Chapter 13 Case # 18-28818

Re:  FILOMENA FUMIA MARINELLI                     Atty:  BARRY E LEVINE, ESQ
     852 6TH STREET                                      101 GIBRALTAR DRIVE
     SECAUCUS, NJ  07094-3312                            SUITE 2-F
                                                        MORRIS PLAINS, NJ  07950

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/10/2018 | $1,500.00 | 10086013 | 01/11/2019 | $1,000.00 | 23541289997 |
| 01/11/2019 | $1,000.00 | 25149047005 | 01/11/2019 | $600.00 | 25149047027 |
| 01/11/2019 | $400.00 | 25149047016 | 02/08/2019 | $42,000.00 | MASON TEN 68470 |
| 04/26/2019 | $700.00 | 25189517417 | 04/26/2019 | $1,000.00 | 25189517406 |
| 04/26/2019 | $1,000.00 | 25189517395 | 06/04/2019 | $1,000.00 | 25565584948 |
| 06/04/2019 | $350.00 | 25565584950 | 07/19/2019 | $900.00 | 26086545022 |
| 07/19/2019 | $900.00 | 26086545011 | 07/19/2019 | $900.00 | 26086545033 |
| 09/06/2019 | $350.00 | 25125457860 | 09/06/2019 | $1,000.00 | 25125457858 |
| 10/10/2019 | $1,000.00 | 25766295693 | 10/10/2019 | $350.00 | 25766295682 |
| 10/16/2019 | $350.00 | 25954738637 | 10/16/2019 | $1,000.00 | 25954738626 |
| 11/15/2019 | $1,000.00 | 19022634231 | 11/15/2019 | $1,000.00 | 19022634230 |
| 11/15/2019 | $700.00 | 19022634232 | 01/28/2020 | $350.00 | 121564318 |
| 01/28/2020 | $1,000.00 | 121564317 | 02/04/2020 | $1,000.00 | 121564408 |
| 02/04/2020 | $350.00 | 121564409 | 03/03/2020 | $350.00 | 26618878451 |
| 03/03/2020 | $1,000.00 | 26618878440 | 06/05/2020 | $1,000.00 | 26229043934 |
| 06/05/2020 | $350.00 | 26229043945 | 06/30/2020 | $859.00 | 26229046994 |
| 06/30/2020 | $859.00 | 26229047005 | 07/10/2020 | $859.00 | 25019019538 |
| 08/04/2020 | $859.00 | 26567579272 | 09/03/2020 | $859.00 | 26567583658 |
| 10/01/2020 | $859.00 | 26567585212 | 11/03/2020 | $859.00 | 26567594910 |
| 12/02/2020 | $859.00 | 26893805793 | 01/07/2021 | $859.00 | 26970094653 |
| 02/03/2021 | $859.00 | 27279481926 | 03/04/2021 | $859.00 | 27279487697 |
| 04/05/2021 | $859.00 | 26893824592 | 04/13/2021 | $859.00 | 26893818630 |
| 05/12/2021 | $859.00 | 27419176214 | 06/17/2021 | $859.00 | 27419187622 |
| 07/13/2021 | $859.00 | 27406163597 | 08/17/2021 | $859.00 | 27674351291 |
| 09/14/2021 | $859.00 | 27570831131 | 12/07/2021 | $859.00 | 27570840963 |
| 12/07/2021 | $859.00 | 27570840974 | 03/08/2022 | $859.00 | 27935406606 |
| 03/08/2022 | $859.00 | 27935406617 | 03/08/2022 | $859.00 | 27935406628 |
| 04/12/2022 | $859.00 | 27886470996 | 06/29/2022 | $859.00 | 28226899710 |
| 06/29/2022 | $859.00 | 28226899721 | 07/06/2022 | $859.00 | 28216867511 |

**Total Receipts: $88,593.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $88,593.00**

**Chapter 13 Case # 18-28818**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,970.78 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CARRINGTON MORTGAGE SERVICES, LLC | MORTGAGE ARR | 65,535.59 | 100.00% | 65,535.59 | 0.00 |
| 0002 | DERMA WAND | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | HACKENSACK NEUROLOGY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | SECOND LOOK, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | WORLD GYM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | XCEL FEDERAL CREDIT UNION | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 553.25 | 100.00% | 315.14 | 238.11 |
| 0010 | CAPITAL ONE BANK (USA) NA | UNSECURED | 443.60 | 100.00% | 252.68 | 190.92 |
| 0011 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 398.06 | 100.00% | 226.74 | 171.32 |
| 0012 | CARRINGTON MORTGAGE SERVICES, LLC | (NEW) MTG Agree | 16,463.13 | 100.00% | 16,463.13 | 0.00 |

**Total Paid: $87,764.06**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA | | | | | | |
| | 07/18/2022 | $252.68 | 894394 | | | |
| CARRINGTON MORTGAGE SERVICES, LLC | | | | | | |
| | 05/20/2019 | $16,463.13 | 825414 | 05/20/2019 | $29,705.83 | 825414 |
| | 07/15/2019 | $1,522.64 | 829296 | 08/19/2019 | $2,592.00 | 831257 |
| | 10/21/2019 | $1,329.75 | 835296 | 11/18/2019 | $2,559.60 | 837386 |
| | 12/16/2019 | $2,559.60 | 839327 | 03/16/2020 | $2,559.60 | 844979 |
| | 04/20/2020 | $1,279.80 | 846929 | 07/20/2020 | $2,837.91 | 852312 |
| | 08/17/2020 | $794.58 | 854176 | 09/21/2020 | $1,589.16 | 855992 |
| | 10/19/2020 | $794.58 | 857877 | 12/21/2020 | $1,589.16 | 861491 |
| | 02/22/2021 | $1,589.16 | 864957 | 04/19/2021 | $794.58 | 868491 |
| | 05/17/2021 | $1,589.16 | 870390 | 06/21/2021 | $807.46 | 872199 |
| | 07/19/2021 | $807.46 | 873997 | 08/16/2021 | $807.46 | 875678 |
| | 09/20/2021 | $807.46 | 877409 | 10/18/2021 | $807.46 | 879190 |
| | 01/10/2022 | $1,632.10 | 884185 | 04/18/2022 | $2,486.82 | 889294 |
| | 05/16/2022 | $828.94 | 890996 | 07/18/2022 | $863.32 | 894405 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 07/18/2022 | $315.14 | 8002949 | 07/18/2022 | $226.74 | 8002949 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: August 08, 2022.

Receipts: $88,593.00    -    Paid to Claims: $82,793.28    -    Admin Costs Paid: $4,970.78    =    Funds on Hand: $828.94

Unpaid Balance to Claims: $600.35    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($228.59)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.