UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                      Case No.:    18-28818

FILOMENA FUMIA MARINELLI      Chapter:    13

                                      Judge:    Stacey L. Meisel

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Barry E. Levine, attorney for debtor, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on September 14, 2022 at 10 a.m. at the United States Bankruptcy Court, courtroom no. 3A, 50 Walnut Street, Newark, New Jersey 07102 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Debtor is a plaintiff in a class-action suit concerning pelvic implants. It is proposed to settle her claims in that matter for a gross amount of $15,000.00. |
|---|---|

| Pertinent terms of settlement: | The gross amount to settle debtor's claims in that matter is $15,000.00. From that amount will be deducted $4,430.67 in Attorney Fees, and $1,707.97 in fees and costs, as set forth in the Motion to Approve the settlement filed in this matter. The net amount that the debtor will receive will be $8,861.36. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Barry E. Levine, Esq.

Address:    P.O. Box 557, Denville, New Jersey 07834

Telephone No.: (973) 538-2084

rev.8/1/15