UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: FILOMENA FUMIA MARINELLI

Case No.: 18-28818
Chapter: 13
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Barry E. Levine__, __attorney for debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Stacey L. Meisel__ on __September 14, 2022__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __3A__, __50 Walnut Street, Newark, New Jersey 07102__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Debtor is a plaintiff in a class-action suit concerning pelvic implants. It is proposed to settle her claims in that matter for a gross amount of $15,000.00. |
|---|---|

| Pertinent terms of settlement: | The gross amount to settle debtor's claims in that matter is $15,000.00. From that amount will be deducted $4,430.67 in Attorney Fees, and $1,707.97 in fees and costs, as set forth in the Motion to Approve the settlement filed in this matter. The net amount that the debtor will receive will be $8,861.36. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Barry E. Levine, Esq.

Address: P.O. Box 557, Denville, New Jersey 07834

Telephone No.: (973) 538-2084

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Filomena Fumia Marinelli  
    Debtor

Case No. 18-28818-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 17, 2022 | Form ID: pdf905 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Filomena Fumia Marinelli, 852 6th Street, Secaucus, NJ 07094-3312 |
| cr | + | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW, Phelan Hallinan&Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | XCEL Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 517768722 | | Carrington Mortgage Services, LLC, c/o KML Law Group, PC, 216 Westmont Avenue Suite 406, Collingswood, NJ 08108 |
| 517768723 | + | Derma Wand, 40 Daniel Street, P.O. Box 406, Farmingdale, NY 11735-0406 |
| 517768724 | + | Hackensack Neurology, c/o Michael Harrison, Esq., 3155 Route 10 East, Denville, NJ 07834-3492 |
| 517768725 | + | Juan J. Fumia, 31 Laurelton Road, Mount Kisco, NY 10549-4217 |
| 517768727 | + | World Gym, 323 Bergen Boulevard, Fairview, NJ 07022-1334 |
| 517768728 | + | Xcel Federal Credit Union, c/o McKenna Dupont, P.O. Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 17 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 17 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517824276 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 17 2022 20:44:36 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517803795 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 17 2022 20:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517841553 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 17 2022 20:41:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517900277 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 17 2022 20:40:00 | The Bank of New York Mellon, et al, c/o CARRINGTON MORTGAGE SERVICES, LLC, 1600 SOUTH DOUGLASS ROAD, ANAHEIM, CA 92806-5948 |
| 518337757 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 17 2022 20:40:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806-5948 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|

Case 18-28818-SLM    Doc 103    Filed 08/19/22    Entered 08/20/22 00:14:31    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 17, 2022 | Form ID: pdf905 | Total Noticed: 16 |

517768726    ##+    Second Look, Inc., P.O. Box 5727, Hauppauge, NY 11788-0154

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry E. Levine | on behalf of Debtor Filomena Fumia Marinelli belevine@optonline.net |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Michael R. DuPont | on behalf of Creditor XCEL Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6