Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18–28818–SLM
                        Chapter: 13
                        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Filomena Fumia Marinelli
    fka Filomena Fumia
    852 6th Street
    Secaucus, NJ 07094–3312

Social Security No.:
    xxx–xx–3780

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

      I <u>Diana L. Reaves</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Personal Injury Matter


Dated: September 8, 2022
JAN: dlr

                                                                           Jeanne Naughton
                                                                           Clerk