UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BARRY E. LEVINE, LLC
P.O. BOX 557
DENVILLE, NEW JERSEY
(973) 538-2084
ATTORNEY FOR DEBTOR

Order Filed on September 15, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

FILOMENA FUMIA MARINELLI

Case No.: 18-28818

Chapter: 13

Hearing Date: September 14, 2022

Judge: Stacey L. Meisel

## ORDER

The relief set forth on the following pages, numbered two (2) through __3__, is **ORDERED**.

DATED: September 15, 2022

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

IT IS ORDERED that the court shall approve the settlement of the claim of the debtor in a class action against Ethicon and Johnson and Johnson and that proceeds shall be distributed in the following manner as set forth in the preliminary settlement statement submitted by the attorney representing the class:

| | |
|---|---|
| Gross Settlement: | $15,000.00 |
| Attorney Fees: | |
|     4% Court Common Benefit Attorney Fee Assessment: | $600.00 |
|     Motley Rice, LLC | $600.00 |
|     Noblett Beard & Arsenault | $1,615.33 |
|     Parker Waichman LLP | $1,615.33 |
| Costs & Expenses | |
|     Primary Firm Case Specific Expenses: | $1,382.97 |
|     Motley Rice: | $175.00 |
|     1% MDL Court common Benefit Cost Assessment: | $150.00 |
| Net to Debtor: | $8,861.36 |

United States Bankruptcy Court

District of New Jersey

In re:                                         Case No. 18-28818-SLM

Filomena Fumia Marinelli                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Sep 15, 2022    Form ID: pdf903    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Filomena Fumia Marinelli, 852 6th Street, Secaucus, NJ 07094-3312 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

**Name**    **Email Address**

Barry E. Levine
    on behalf of Debtor Filomena Fumia Marinelli belevine@optonline.net

Brian C. Nicholas
    on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Michael R. DuPont
    on behalf of Creditor XCEL Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

U.S. Trustee

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: pdf903 | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7