**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

In Re:

Filomena Fumia Marinelli,

Debtor

Case No: 18-28818 - Chapter: 13
Judge: Stacey L. Meisel

**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

**PLEASE TAKE NOTICE** that THE BANK OF NEW YORK MELLON, F/K/A, The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-6, hereby withdraws the Notice of Mortgage Payment Change, filed on September 22, 2022, associated with Claim #2.

Respectfully Submitted,

Date: September 22, 2022

/s/ Randall Miller
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI  48302
bankruptcy@rsmalaw.com
(248) 335-9200

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)**

---

In Re:  

Filomena Fumia Marinelli,

      Debtor

Case No: 18-28818 - Chapter: 13
Judge: Stacey L. Meisel

---

**CERTIFICATE OF SERVICE**

---

      The undersigned states that on September 22, 2022, copies of the **Withdrawal of Notice of Mortgage Payment Change** were served upon the following parties via first class mail, with proper postage affixed thereto the Debtors and via the Court's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

| | | |
|---|---|---|
| Filomena Fumia Marinelli<br>852 Sixth St<br>Secaucus, NJ 07094 | Debtor's Attorney<br>Levine, Barry E.<br>P.O. Box 557<br>Denville, NJ 07834 | Chapter 13 Trustee<br>Marie-Ann Greenberg<br>30 Two Bridges Rd., Suite 330<br>Fairfield, NJ 07004-1550 |
| | | U. S. Trustee<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 |

The above is true to the best of my information, knowledge and belief.

Signed: */s/* Randall Miller

Randall Miller
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
Telephone (248) 335-9200